PHILLIP A. TALBERT
Acting United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

FILED
Nov 23, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | CASE NO. **1:21-MJ-00124-SAB** |
|---|---|
| Plaintiff, | SEALING ORDER |
| v. | |
| BOBBY HOOD, | **UNDER SEAL** |
| Defendant. | |

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: **Nov 23, 2021**

Hon. Stanley A. Boone
U.S. MAGISTRATE JUDGE

SEALING ORDER