1  PHILLIP A. TALBERT
   Acting United States Attorney
2  LAURA JEAN BERGER
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

**SEALED**

FILED
Dec 02, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00291-NONE-SKO |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| BOBBY HOOD | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 2, 2021 charging the above defendant with violations of 21 U.S.C. § 841(a)(1) –POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE AND FENTANYL; 21 U.S.C. § 853(a) – CRIMINAL FORFEITURE, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment, the name of the defendant, or any warrants or orders including this Motion and Order issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: December 2, 2021

Respectfully submitted,

PHILLIP A, TALBERT
Acting United States Attorney

By   /s/ LAURA JEAN BERGER
LAURA JEAN BERGER
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   December 2, 2021                    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE