UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br>     v.<br><br>BOBBY HOOD,<br>                Defendant. | CASE NO. 1:21-CR-00291-NONE-SKO<br><br>**UNSEALING ORDER** |

Good cause appearing due to the defendant's pending arraignment in the Eastern District of California, it is hereby ordered that the Indictment, arrest warrant, and related court filings in the above matter, including the Complaint in Case No. 1:21-MJ-00124-SAB, be UNSEALED.

IT IS SO ORDERED.

Dated: __December 16, 2021__            /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE