HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BOBBY HOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00291-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE DETENTION HEARING; AND ORDER** |
| vs. | |
| BOBBY HOOD, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the detention hearing set for Wednesday, December 22, 2021, before the Honorable Sheila K. Oberto, be continued to Tuesday, December 28, 2021.

The parties have agreed to request a continuance in order to complete an investigation of several outstanding factual issues raised at the December 22, 2021, hearing. The parties agree that a December 28, 2021, detention hearing will allow sufficient time for the completion of that investigation. Accordingly, the parties request a continuance to December 28, 2021.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

|  |  |
|---|---|
| 1 | Respectfully submitted, |
| 2 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 3 |  |
| 4 | Date: December 21, 2021 | */s/ Laurel J. Montoya*<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| 8 | HEATHER E. WILLIAMS<br>Federal Defender |
| 10 | Date: December 21, 2021 | */s/ Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorney for Defendant<br>BOBBY HOOD |

Hood, B. [1:21-cr-00291-NONE-SKO]
Stip. to Cont. Detention Hearing

2

# **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the detention hearing set for December 22, 2021, be continued to December 28, 2021, at 2:00 p.m.

IT IS SO ORDERED.

Dated: 12/21/2021

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Judge

Hood, B. [1:21-cr-00291-NONE-SKO]
Stip. to Cont. Detention Hearing

3