**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA  93721
Phone: (559) 442-1041
Fax (559) 214-0174
hmdrandell@sbcglobal.net

ATTORNEYS FOR DEFENDANT, BOBBY HOOD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-CR-00291 JLT |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| BOBBY HOOD, | |
| Defendant. | |
| | Date:  August 7, 2023
Time:  10:00 a.m.
HON. JENNIFER L. THURSTON
Dept. 4 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for August 7, 2023, but continued to September 5, 2023, at 10:00 a.m.

The reason for the continuance is to permit counsel additional time in which to prepare formal objections and conduct investigation relevant to sentencing issues.  The Presentence Investigation Report was to be filed on July 17, 2023, which "Formals" due by July 24, 2023. Unfortunately, the Presentence Report was not filed until July 18, 2023, and counsel was unable

to address it with defendant (since he is housed at CVA, McFarland) until July 21, 2023. Based on the recommendations made in the report, defendant would like to address several areas in formal objections, including the applicability of "safety valve", but was unable to do so by July 24, 2023.

On July 21, 2023, Assistant United States Attorney, Justin Gilio, indicated he did not object to this continuance to allow counsel additional time to file formal objections.

Formal Objections are to be filed no later than August 14, 2023.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for the effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv).

Dated: July 24, 2023          PHILLIP TALBERT
                              United States Attorney

                    By:       /s/ Justin Gilio
                              JUSTIN GILIO
                              Assistant United States Attorney,
                              Attorney for Plaintiff

Dated:  July 24, 2023         HARRY M. DRANDELL
                              Law Offices of Harry M. Drandell

                    By:       /s/ Harry M. Drandell
                              HARRY M. DRANDELL
                              Attorney for Defendant,
                              BOBBY HOOD

## O R D E R

**IT IS HEREBY ORDERED** that the Sentencing Hearing is continued to September 5, 2023, at 10:00 a.m., to be heard before the Honorable Jennifer L. Thurston, Courtroom 4.

IT IS SO ORDERED.

Dated:  July 25, 2023                    _____
                                         UNITED STATES DISTRICT JUDGE