**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA 93721
Phone: (559) 442-1041
Fax: (559) 214-0174
hmdrandell@sbcglobal.net

ATTORNEYS FOR DEFENDANT, BOBBY HOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BOBBY HOOD,<br><br>    Defendant. | Case No.: 1:21-CR-00291<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF HARRY M. DRANDELL AS ATTORNEY OF RECORD AND [PROPOSED] ORDER** |

On December 2, 2021, Defendant, Bobby Hood was indicted on federal charges. CJA Panel Attorney, Harry M. Drandell was appointed as trial counsel to represent Mr. Hood on December 16, 2021, in his criminal case. Mr. Hood was sentenced pursuant to plea agreement on September 5, 2023. The time for filing a direct appeal was September 9, 2023. No direct appeal was filed. The trial phase of Mr. Hood's criminal case has, therefore, come to an end. Having completed his representation of Mr. Hood, CJA attorney Harry M. Drandell now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Hood require further legal assistance, he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360

(toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: September 27, 2023            HARRY M. DRANDELL
                                     Law Offices of Harry M. Drandell

                            By:      /s/ Harry M. Drandell
                                     HARRY M. DRANDELL
                                     Attorney for Defendant,
                                     BOBBY HOOD

## [PROPOSED] O R D E R

Having reviewed the notice and found that attorney Harry M. Drandell has completed the services for which he was appointed, the Court hereby grants attorney Harry M. Drandell's request for leave to withdraw as defense counsel in the matter. Should defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this Order on Defendant, Bobby Hood, at the following address and to update the docket to reflect Defendant's pro se status and contact information;

Bobby Hood; BOP #78856-509

1. USP Atwater
2. U.S. Penitentiary
   P.O. Box 019001
3. Atwater, CA 95301

**IT IS SO ORDERED.**

DATED: November 15, 2023

_____
UNITED STATES DISTRICT JUDGE